**Larry WEBER, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. ED 85574.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 6, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 7, 2005.

Scott Thompson, St. Louis, MO, for ap-
pellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Ronald S. Ribaudo, Assistant Attorney
General, Jefferson City, MO, for respon-
dent.

Before NANNETTE A. BAKER, P.J.,
ROBERT G. DOWD, JR., J. and SHERRI
B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Larry Weber (Appellant) appeals from
the motion court's denial of his Rule
24.035[1] motion for postconviction relief

P.2004, unless otherwise indicated.

without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court did not err in denying Appellant's Rule 24.035 motion. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).